IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SEAN BROWNLEE, #54932-019                                      PLAINTIFF

VS.                              CIVIL ACTION NO.  5:10-cv-00001-DCB-RHW

BRUCE PEARSON, Warden                                          DEFENDANT

<u>ORDER</u>

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Proposed Findings of Fact and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Proposed Findings of Fact and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed without prejudice for failure to exhaust available administrative remedies, or alternatively, that it be dismissed on the merits.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __23rd__ day of __November__, 2011.


__s/ David Bramlette__
UNITED STATES DISTRICT JUDGE